# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | ERIC ANDREW ROSS |
| **Case Number:** | 15-04012-RLM-13      **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, JANUARY 08, 2019 10:00 AM   IP 329 |
| **Bankruptcy Judge:** | ROBYN L. MOBERLY |
| **Courtroom Clerk:** | MICHELLE DOLE |
| **Reporter / ECR:** | MICHELLE DOLE |

### Matter:

Hearing Re: Trustee's Motion to Dismiss and Objection filed by Debtor  [105] [106]

**R / M #:**   0 / 0

### Appearances:

JOHN MORGAN HAUBER, TRUSTEE

### Proceedings:

Disposition:  Hearing held.  Matter reset to 2/26/19 at 10:00 am.  Notice given in court.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**