# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | ERIC ANDREW ROSS |
| **Case Number:** | 15-04012-RLM-13    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, JANUARY 08, 2019 10:00 AM    IP 329 |
| **Bankruptcy Judge:** | ROBYN L. MOBERLY |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

### Matter:

Hearing on Motion for Relief from Stay filed by Portfolio Services, Inc. with Objection filed by Debtor. [101], [102]

**R / M #:**    0 / 0

**VACATED:** Agreed Entry filed and Court approved on 12/21/18. Hearing will not be held.

### Appearances:

NONE

### Proceedings:

VACATED: Agreed Entry filed and Court approved on 12/21/18.

IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED. THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT. IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.